PAUL R. PERDUE
Attorney at Law
State Bar No. 067105
369 Pine Street, Suite 820
San Francisco, CA  94104
Telephone:  (415) 291-0474
Email: paulperdue@sbcglobal.net

Attorney for Defendants
JACK JAIR
ROSEMARIE JAIR

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>          Plaintiff,<br><br>vs.<br><br>JACK JAIR; ROSEMARIE JAIR;<br>GENUINE PARTS COMPANY,<br>a Georgia Corporation;<br>and DOES 1-10<br><br>          Defendants. | No. 2:18 CV 00179 TLN KJN<br><br>ORDER ON STIPULATION<br>TO SET ASIDE CLERK'S<br>ENTRY OF DEFAULT |

**GOOD CAUSE APPEARING** from the written Stipulation of plaintiff SCOTT JOHNSON and defendant ROSEMARIE JAIR, by and through their respective attorneys of record.

**IT HEREBY IS ORDERED** that the Clerk's Entry of Default against defendant ROSEMARIE JAIR hereby is set aside.  Defendant ROSEMARIE JAIR shall have ten days from date of this Order to file her Answer to the Complaint.

Dated: March 29, 2018

_____
Troy L. Nunley
United States District Judge

Page 1

ORDER ON STIPULATION TO SET ASIDE DEFAULT OF ROSEMARIE JAIR